**CLOSED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------x

WISLANDE CLAUDE, on behalf of herself and all others similarly situated,

Plaintiff,

-v.-

CONCORD PET FOODS & SUPPLIES, INC.,

Defendants.

------------------------------------------------------------x

Civil Action No: 2:25-cv-1015

**SO ORDERED.**

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

**Dated: February 17, 2026**

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as to Plaintiff and the Defendant in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** February 16, 2026

| For Plaintiff Wislande Claude | For Defendant Concord Pet Foods & Supplies, Inc. |
|---|---|
| */s/ Rami Salim*<br>Rami Salim<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>Ph: (201) 282-6500<br>rsalim@steinsakslegal.com | */s/ Andrew George Hope*<br>Andrew George Hope<br>Buchanan Ingersoll & Rooney PC<br>50S. 16th Street Suite 3200<br>Philadelphia, PA 19102<br>Ph: (215)665-8700<br>Andrew.hope@bipc.com |

1